Julia A. Clayton (SBN 233459)
Law Office of Julia A. Clayton, P.C.
1900 Powell Street, Suite 700
Emeryville, CA 94608
Telephone: 510-519-7605
JAC@lawofficejac.com

Attorneys for Defendant,
PACIFIC CREDIT PARTNERS, LLC

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NAKATANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CREDIT PARTNERS, LLC,<br><br>Defendant. | CASE NO.: 2:26-cv-01782-DJC-CSK<br><br>**ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT PACIFIC CREDIT PARTNERS, LLC TO RESPOND TO COMPLAINT (L.R. 144)**<br><br>Assigned to the Honorable Daniel J. Calabretta |

PURSUANT TO STIPULATION and GOOD CAUSE APPEARING, it is ORDERED that the Joint Stipulation to Further Extend Time for Defendant Pacific Credit Partners, LLC to Respond to the Complaint (L.R. 144) is hereby GRANTED. Defendant shall have through and including July 20, 2026, to respond to the Complaint.

**IT IS SO ORDERED**.

Dated: June 24, 2026

/s/ Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE